**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 15-cv-01520-CMA-MJW

ROCKY BRENNAN,

    Plaintiff,

v.

CREDIT BUREAU OF CARBON COUNTY,
A Wyoming Corporation d/b/a Collectioncenter, Inc.,

    Defendant.

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulated Motion to Dismissal With Prejudice (Doc. # 12), signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay its own attorney fees and costs.

    DATED:  September 29, 2015

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Court Judge